# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LINCARE, INC.,

    Plaintiff,                                  Case No: 8:20-cv-01002-WFJ-AAS

vs.

ESTHER D. TINKLENBERG

    Defendant.
_____/

## **DEFENDANT ESTHER D. TINKLENBERG'S MOTION TO CONTINUE HEARING**

Defendant, ESTHER D. TINKLENBERG ("TINKLENBERG" or "Defendant"), by and through her undersigned counsel, files this Motion to Continue Hearing currently scheduled for Monday June 22, 2020 and states as follows:

1. Plaintiff filed suit against Ms. Tinklenberg on April 30, 2020.

2. Plaintiff served Ms. Tinklenberg with the Verified Complaint and Motion for Preliminary Injunction on May 7, 2020. Plaintiff did not serve with the Motion any Affidavits upon which Plaintiff intends to rely upon as required by Local Rule 4.6(a)(2).

3. On May 18, 2020 this Court conducted a Status Conference and thereafter scheduled a hearing to take place on June 22, 2020 on Plaintiff's Motion for Preliminary Injunction.

4. Pursuant to the Court's direction, the parties filed their Joint Expedited Discovery Plan on May 20 2020 (D.E. 22).

5. Ms. Tinklenberg served Interrogatories and Request to Product on May 21, 2020.

6. After a lengthy telephone conference on Friday, June 12, 2020 wherein the discovery responses were discussed and Plaintiff's counsel declined to supplement the responses,

Ms. Tinklenberg filed a Motion to Compel on June 15, 2020 seeking for the Court to Order Plaitiff to more completely respond to the discovery requests of Defendant.

7. Ms. Tinklenberg is unable to provide counter affidavits and a responsive brief as outlined in Local Rule 4.06(a)(3) without the benefit of Plaintiff's Affidavits and the information sought in Defendant's discovery requests.

8. Ms. Tinklenberg respectfully requests this Court continue the June 22, 2020 hearing so that Ms. Tinklenberg can have the benefit of any Affidavits Plaintiff intends to rely upon durign the Preliminary Injunction hearing and so the Court may rule on Defendant's pending Motion to Compel.

9. The relief sought by Plaintiff would be life altering and devastating to Ms. Tinklenberg's career.

10. Ms. Tinklenberg would be severly prejudiced should the hearing proceed as scheduled without Ms. Tinklenberg having the benefit of the Affidavits Plaintiff intends to rely upon and the doscovery responses sought by Defendant.

11. This Motion is filed in good faith and not for delay.

### LOCAL RULE 3.01(g) CERTIFICATION

The undersigned hereby certifies that he confered with opposing counsel via telephone on Friday, June 12, 2020 and counsel for Plaintiff specifically indicated that Plaintiff objected to any continuance of the Preliminary Injunction hearing.

WHEREFORE Defendant ESTHER D. TINKLENBERG respectfully requests this Court issue an Order continuing the hearing currently scheduled for June 22, 2020 to a later date and time after which Defendant can have the benefit of any Affidavit's Plaintiff intends to rely upon

in seeking a Preliminary Injunction and after which the Court can rule on Defendant's pending Motion to Compel.

Dated this 15th day of June 2020.

*/s/ Jeffrey W. Gibson*
**Jeffrey W. Gibson, Esq.**
Florida Bar Number: 568074
**Thomas R. Farrior, Esq.**
Florida Bar Number: 111965
Primary email:  jg@macfar.com
  trf@macfar.com
Secondary email:  ala@macfar.com
  gmt@macfar.com

**MACFARLANE FERGUSON & MCMULLEN**
One Tampa City Center
Suite 2000
201 North Franklin Street
Tampa, FL 33602
Telephone:  (813) 273-4200
Facsimile:  (813) 273-4396
Attorneys for Defendant, Esther D. Tinklenberg

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically with the Clerk of Court by using the *CM/ECF* system and via email to John D. Mullen, Esq., PHELPS DUNBAR LLP, john.mullen@phelps.com; Blake R. Bailey, Esq., blake.bailey@phelps.com, 100 South Ashley Drive, Suite 2000, Tampa, FL 33601-1288, on this 15th day of June, 2020.

*/s/ Jeffrey W. Gibson*
**Jeffrey W. Gibson, Esq.**
Florida Bar Number 0568074
