UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCARE INC.,

    Plaintiff,

v.                                                 CASE NO.: 8:20-cv-1002-T-02AAS

ESTHER D. TINKLENBERG,

    Defendant.
_____/

**PLAINTIFF'S REPORT RE MEDIATION AND PENDING SETTLEMENT**

Pursuant to the Court's Endorsed Order (Doc. 58), undersigned Lead Counsel hereby provides notice, with the consent of Defendant's Counsel, that the parties reached agreement in principle on a comprehensive settlement of their disputes on the date scheduled for mediation, February 12, 2021, and since then have exchanged several revisions of settlement papers to document the terms of their settlement. The parties reasonably expect to finalize their settlement papers and notify the Court no later than March 5, 2021.

                                            Respectfully submitted,

                                            */s/ John D. Mullen*
                                            John D. Mullen
                                             Fla. Bar No.: 0032883
                                             john.mullen@phelps.com
                                            Phelps Dunbar LLP
                                            100 South Ashley Drive, Suite 2000
                                            Tampa, Florida 33602
                                            Telephone: (813) 472-7550
                                            Facsimile: (813) 472-7570

                                            Attorneys for Plaintiff Lincare Inc.

Of Counsel (admitted *pro hac vice*):
Blake A. Bailey
Texas Bar No. 01514700

PHELPS DUNBAR LLP
115 Grand Avenue, Suite 222
Southlake, Texas 76092
Telephone: (817) 305-0332
Facsimile: (817) 488-3214
Email: blake.bailey@phelps.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF filing system, which will send a copy to all counsel of record:

Jeffrey W. Gibson, Esq.
Thomas R. Farrior, Esq.
One Tampa City Center
Suite 200
201 North Franklin Street
Tampa, Florida 33602
trf@macfar.com
JG@macfar.com
Telephone: (813) 273-4200
Facsimile: (813) 273-4396

Attorneys for Defendant

                                             */s/ John D. Mullen*
                                             Attorney

PD.31235399.1