# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LINCARE INC.,

    Plaintiff,

v.

ESTHER D. TINKLENBERG,

    Defendant.
_____/

CASE NO.: 8:20-cv-1002-T-02AAS

## JOINT STIPULATION FOR ENTRY OF
## AGREED INJUNCTION AND DISMISSAL ORDER

Pursuant to Local Rule 3.09, the parties hereby provide notice to the Court that they have agreed to terms for the resolution of this action, contingent upon the Court's approval of the attached, stipulated Agreed Injunction and Dismissal Order. The parties respectfully request the Court's entry of the Order.

Respectfully submitted this 5th day of March, 2021.

| | |
|---|---|
| /s/ John D. Mullen | /s/ Jeffrey W. Gibson |
| **John D. Mullen, Esq.** | **Jeffrey W. Gibson, Esq.** |
| Florida Bar Number: 0032883 | Florida Bar Number: 568074 |
| | |
| **PHELPS DUNBAR LLP** | **MACFARLANE FERGUSON & MCMULLEN** |
| 100 South Ashley Drive, Suite 2000 | 201 N. Franklin Street, Suite 2000 |
| Tampa, Florida 33602 | Tampa, Florida 33602 |
| Telephone: (813) 472-7550 | Telephone: 813-273-4200 |
| Fax: (813) 472-7570 | Fax: 813-273-4396 |
| john.mullen@phelps.com | jg@macfar.com |
| Attorneys for Plaintiff Lincare Inc. | Attorneys for Defendant Esther Tinklenberg |

PD.31279017.1

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF filing system, which will send a copy to all counsel of record:

Jeffrey W. Gibson, Esq.
Thomas R. Farrior, Esq.
One Tampa City Center
Suite 2000
201 North Franklin Street
Tampa, Florida  33602
trf@macfar.com
JG@macfar.com
Telephone:  (813) 273-4200
Facsimile:  (813) 273-4396

Attorneys for Defendant

                                           */s/ John D. Mullen*
                                      Attorney

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LINCARE INC.,

    Plaintiff,

v.

ESTHER D. TINKLENBERG,

    Defendant.
_____ /

CASE NO.: 8:20-cv-1002-T-02AAS

## AGREED INJUNCTION AND DISMISSAL ORDER

Based on agreement of the parties, it is hereby **ORDERED** that:

The preliminary injunctive relief entered by the Court [Doc. 41] shall be deemed permanent and final until the expiration of the terms of the injunction 18 months after Lincare's posting of the preliminary injunction bond on July 6, 2020, i.e., on January 6, 2022.

It is **FURTHER ORDERED** that:

    1.    By agreement of the parties, the bond posted by Lincare is hereby released.

    2.    Subject to the Court retaining jurisdiction to enforce this Order, the Verified Complaint for Injunctive Relief is otherwise **DISMISSED** with prejudice, with each party to bear its own attorney's fees and costs.

**ORDERED** in Tampa, Florida, on March \_\_\_\_, 2021.

_____
Kathryn Kimball Mizelle
United States District Judge

AGREED AS TO FORM:

**Counsel for Lincare Inc.:**

/s/ John D. Mullen
John D. Mullen
Florida Bar No. 32883
john.mullen@phelps.com
PHELPS DUNBAR LLP
100 South Ashley Drive
Suite 2000
Tampa, Florida 33602
Telephone: (813) 472-7550
Facsimile: (813) 472-7570


**Counsel for Esther D. Tinklenberg:**

/s/Jeffrey W. Gibson
Jeffrey W. Gibson
Florida Bar No. 568074
Thomas R. Farrior
Florida Bar No. 111965
MACFARLANE FERGUSON & MCMULLEN
One Tampa City Center
Suite 2000
201 North Franklin Street
Tampa, Florida 33602
trf@macfar.com
JG@macfar.com
Telephone: (813) 273-4200
Facsimile: (813) 273-4396